UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
NOV 0 7 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

CASE NO: 5:12-MJ-1956

UNITED STATES OF AMERICA )
)
V. )
) CRIMINAL INFORMATION
WRIGHT, LESLIE S. )
)

Defendant:

The United States Attorney charges:

COUNT ONE

THAT, on or about May 22, 2012, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, WRIGHT, LESLIE S., did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

COUNT TWO

THAT, on or about May 22, 2012, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, WRIGHT, LESLIE S., did take, with intent to steal and purloin, property belonging to the United States Government, of a value less than $1,000.00, to wit: (3) Watches, in violation of Title 18, United States Code, Section 641.

THOMAS G. WALKER
UNITED STATES ATTORNEY

BY: *[signature]*
DAVID A. COLEMAN
Special Assistant United
States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222