# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division
Docket No. 5:12-MJ-1956-1

| | |
|---|---|
| **United States Of America** ) | |
| ) | **ORDER MODIFYING AND** |
| vs. ) | |
| ) | **CONTINUING SUPERVISION** |
| **Leslie S. Wright** ) | |

On March 12, 2013, Leslie S. Wright appeared before the Honorable William A. Webb, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Simple Possession of Marijuana, in violation of 21 U.S.C. § 844(a), was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on July 9, 2013, the court finds as a fact that Leslie S. Wright, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 9th day of July, 2013.

_____
William A. Webb
U.S. Magistrate Judge